**Motion Granted and Abatement Order filed July 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00323-CR

_____

## EX PARTE HUGO STEVE RAMIREZ, Appellant

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 993401A**

## ABATEMENT ORDER

This appeal is from the denial of a writ of habeas corpus in a community supervision case. *See* Tex. Code Crim. Proc. Ann. art. 11.072. The appellant was convicted in February 2005 and sentenced to seven years' confinement. The trial court suspended the sentence and placed the appellant on community supervision.

Appellant filed this habeas proceeding in November 2014, more than nine years after he was convicted. He alleged that he received ineffective assistance of counsel and that the state failed to disclose exculpatory evidence. After a hearing, the trial court denied relief. The trial court entered findings of fact and conclusions of law. *See* Tex. Code Crim. Proc. Ann. art. 11.072 § 7(a).

The state has filed a motion to abate the appeal so the trial court can make additional findings on whether the equitable doctrine of laches bars relief on the appellant's application. The state did not raise laches in its response to the application for a writ, and the trial court's findings do not address laches, but the defense of laches may be raised for the first time on appeal. *Ex parte Bowman*, 447 S.W.3d 887-88 (Tex. Crim. App. 2014). However, a court of appeals should not decide the question of laches without appropriate findings by the trial court. *See id.* at 888-89.

Accordingly, the state's motion to abate is GRANTED. The trial court is directed to reduce to writing its supplemental findings of fact and conclusions of law regarding laches and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **August 21, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental findings are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.


PER CURIAM